**Fill in this information to identify the case:**

Debtor name _____ **Chromogenex US, Inc.** _____

United States Bankruptcy Court for the: _____ **Eastern District of Texas**

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:  Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .................................................

   $ **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...................................................

   $ **1,392,524.24**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ...................................................

   $ **1,392,524.24**

## Part 2:  Summary of Liabilities

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, at the bottom of page 1 of *Schedule D*............................

   $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................

   $ **125,077.17**

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.............................................

   + $ **6,803,525.39**

4. **Total liabilities**.................................................................................................
   Lines 2 + 3a + 3b

   $ **6,928,602.56**

**Fill in this information to identify the case:**

Debtor name  Chromogenex US, Inc.

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 54.46

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Bank of America | Checking | 1  7  8  7 | $ 1,412.08 |
| 3.2. | | | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____ — $ _____
   4.2. _____ — $ _____

5. **Total of Part 1** — $ 1,466.54
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Irvine BMW - Auto Lease Deposit — $ 7,850.00
   7.2. AKF2 Vista Point North, LLC — $ 6,275.00

Debtor    Chromogenex US, Inc.
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. Avalara - Tax Software      $ 1,208.82

8.2. Salesforce.com-Online CRM Software      $ 1,934.50

See Attachment 1: Additional Prepayments

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.      $ 22,610.57

---

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   $0.00  –  $0.00   = ........➔   $ 0.00
    face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   $341,892.73  –  $341,892.73   = ........➔   $ 0.00
    face amount      doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.      $ 0.00

---

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:      % of ownership:

15.1. _____    ____%     _____    $_____

15.2. _____    ____%     _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.      $_____

Debtor   Chromogenex US, Inc.

Name

**Part 5:   Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| Finished Goods | 10/08/2015 MM / DD / YYYY | $312,602.58 | Average Cost | $312,602.58 |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$312,602.58

24. **Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

**Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    Chromogenex US, Inc.
          Name

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Desk, Drawers, Filing Cabinets | $3,897.69 | historical cost | $3,897.69 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers, printers, software, phone, TV | $24,035.82 | historical cost | $24,035.85 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$27,933.54

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☒ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor   Chromogenex US, Inc.
Name

---

### Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 2013 BMW 528 (WBAXG52DD23095) (Vehicle Lease) | $ 0.00 | N/A | $ 0.00 |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |
| **49. Aircraft and accessories** | | | |
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Trade Show Equipment, Loaner, Demo Units | $ 252,959.29 | historical cost | $ 241,058.61 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 241,058.61

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

Debtor        Chromogenex US, Inc.
              Name                                                    Case number (if known)

---

## Part 9:    Real property

54. **Does the debtor own or lease any real property?**

☒ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 10:    Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>Mailing Lists _____ | $ 0.00 | current est. value | $ 0.00 |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

---

Debtor   Chromogenex US, Inc.
         _____
         Name

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

  ☒ No

  ❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

  ☒ No

  ❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

  ☒ No

  ❑ Yes

### Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ❑ No. Go to Part 12.

  ☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

Chromogenex Technologies, Ltd.    $391,560.00  –  $391,560.00  = ➔   $_____

See Attachment 2: Additional Notes Receivable     Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Unused NOL, Federal Tax Return     Tax year _2013___   $ 773,633.00
_____    Tax year _____   $_____
_____    Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____      $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____      $_____

**Nature of claim**      _____

**Amount requested**      $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____      $_____

**Nature of claim**      _____

**Amount requested_**      $_____

76. **Trusts, equitable or future interests in property**

_____      $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Refund Due from AIG for legal bills (re Chromo Technologies)    $13,219.40
_____      $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.      $ 786,852.40

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

  ☒ No

  ❑ Yes

---

Debtor    Chromogenex US, Inc
         Name                                                        Case number (if known)

---

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 1,466.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 22,610.57 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 312,602.58 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** *Copy line 43, Part 7.* | $ 27,933.54 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 241,058.61 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 786,852.40 | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $ 1,392,524.24   +  91b. | $ 0.00 |

92.    **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ...................................................   $ 1,392,524.24

Attachment
Debtor: Chromogenex US, Inc.       Case No:

Attachment 1: Additional Prepayments
    Description: Chubb Insurance - Ins. Policies
    Value: $5,342.25
Attachment 3: Additional Notes Receivables
    Description: Bertica M. Rubio
    Face Amount: $22,800.00
    Doubtful or Uncollectible Amount: $22,800.00
    Value: $0.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Chromogenex US, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (If known): | |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Squadron Capital LLC | Salesforce.com-Online CRM software | $ 0.00 | $ 1,934.50 |

Creditor's mailing address

18 Hartford Avenue
Granby, Connecticut 06035

Describe the lien
Loans

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☒ Yes

Date debt was incurred   10/9/2014

Is anyone else liable on this claim?
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $_____ | $_____ |

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number   ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
      ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

      ☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**
   $ 0.00

**Fill in this information to identify the case:**

Debtor _____ Chromogenex US, Inc. _____

United States Bankruptcy Court for the: _____ Eastern District of Texas _____

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alabama Department of Revenue

Business Privilege Tax Section, P.O. Box 327320

Montgomery, Alabama 36132-7320

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ 0.00

---

**2.2** Priority creditor's name and mailing address
Alabama Dept. of Revenue

P.O. Box 327435

Montgomery, Alabama 36132-7435

**Date or dates debt was incurred**
4/27/2015 to 5/26/2015

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ 100.00
Priority amount: $ 100.00

---

**2.3** Priority creditor's name and mailing address
Alaska Dept of Revenue

Attn: Corporate Tax, PO Box 110420

Juneau, Alaska 99811-0420

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $ Unknown
Priority amount: $ Unknown

Debtor    Chromogenex US, Inc.
          Name                                                                          Case number (if known)

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.4** Priority creditor's name and mailing address

Arizona Department of Revenue
P.O. Box 29085
Pheonix, Arizona 85038-9085

$ Unknown     $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __8__ )

**2.5** Priority creditor's name and mailing address

California Franchise Tax Board
P.O. Box 942857
Sacramento, California 94257-0531

$ Unknown     $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __8__ )

**2.6** Priority creditor's name and mailing address

City of Lewisville
P.O. Box 299002
Lewisville, Texas 75029-9002

$ 33.00     $ 33.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
8/18/2015

Basis for the claim:
Sales Tax

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __8__ )

**2.7** Priority creditor's name and mailing address

Colorado Dept of Revenue
1375 Sherman Street
Denver, Colorado 80261

$ Unknown     $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number    ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( __8__ )

Debtor    Chromogenex US, Inc.                    Case number (if known)
          Name

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

Comptroller of Maryland Revenue, Admin
Center Taxpayer Svcs Sect, 110 Carroll St.
Annapolis, Maryland 21411-0001

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.9** Priority creditor's name and mailing address

Delaware Division of Revenue
P.O. Box 8751
Wilmington, Delaware 19899-8751

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.10** Priority creditor's name and mailing address

Department of the Treasury (IRS)

Cincinnati, Ohio 45999-0039

$ 8,633.11     $ 8,633.11

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
7/2/15 to 12/2/15

**Basis for the claim:** Sales Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.11** Priority creditor's name and mailing address

Georgia Dept of Revenue Processing Center
P.O. Box 740239
Atlanta, Georgia 30374-0239

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Chromogenex US, Inc.
Name                                                        Case number (if known)

| Part 1. | Additional Page |
|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.12** Priority creditor's name and mailing address

Hawaii Department of Taxation
P.O. Box 1530
Honolulu, Hawaii 96806-1530

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown      $ Unknown

---

**2.13** Priority creditor's name and mailing address

Idaho State Tax Commission
P.O. Box 56
Boise, Idaho 83722-0410

**Date or dates debt was incurred**
12/16/15

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00      $ 0.00

---

**2.14** Priority creditor's name and mailing address

Idaho State Tax Commission
800 E. park Blvd, Plaza IV
Boise, Idaho 83712-7742

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown      $ Unknown

---

**2.15** Priority creditor's name and mailing address

Illinois Dept of Revenue
PO Box 19008
Springfield, Illinois 62794-9008

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Unknown      $ Unknown

---

Debtor _____Chromogenex US, Inc._____   Case number (if known)_____
           Name

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.16** Priority creditor's name and mailing address

Indiana Dept of Revenue
Corporate Income Tax, PO Box 7206
Indianapolis, Indiana 46207-7206

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.17** Priority creditor's name and mailing address

Iowa Dept of Revenue
Corporation Tax, PO Box 10466
Des Moines, Iowa 50306-0466

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.18** Priority creditor's name and mailing address

Kansas Dept of Revenue
915 SW Harrison Street
Topeka, Kansas 66612-1588

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.19** Priority creditor's name and mailing address

Kentucky Department of Revenue

Frankfort, Kentucky 40620

$ Unknown     $ Unknown

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

Debtor    Chromogenex US, Inc.     Case number _(if known)_

Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.20**   **Priority creditor's name and mailing address**

Louisiana Dept of Revenue

Baton Rouge HQ, PO Box 201

Baton Rouge, Louisiana 70821-0201

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.21**   **Priority creditor's name and mailing address**

Main Revenue Services

PO Box 9107

Augusta, Maine 04332-9107

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.22**   **Priority creditor's name and mailing address**

Massachusetts Dept of Revenue

PO Box 7010

Boston, Massachusetts 02204

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

**2.23**   **Priority creditor's name and mailing address**

Michigan Dept of Treasury

Office of Collections, P.O. Box 30199

Lansing, Michigan 48909

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

$ Unknown    $ Unknown

**Date or dates debt was incurred**

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

---

Debtor    Chromogenex US, Inc.                                Case number (if known)
          Name

Schedules  A   B   D   E   F   G   H        Page 18 of 57

| Part 1. | Additional Page |
|---------|-----------------|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.24** Priority creditor's name and mailing address

Minnesota Dept of Revenue
600 North Robert St.
Paul, Minnesota 55101

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( _8_ )

---

**2.25** Priority creditor's name and mailing address

Missouri Dept of Revenue
Harry S Truman St Offc Bldg, 301 W High St.
Jefferson City, Missouri 65101

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( _8_ )

---

**2.26** Priority creditor's name and mailing address

Montana Dept of Revenue
Sam W Mitchell Bldg, 125 N Roberts, 3rd Fl
Helena, Montana 59601

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( _8_ )

---

**2.27** Priority creditor's name and mailing address

NC Department of Revenue
P.O. Box 25000
Raleigh, North Carolina 27640-0520

$ Unknown    $ Unknown

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account
number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( _8_ )

Debtor    Chromogenex US, Inc.
Name

Case number (if known)

| Part 1. | Additional Page |
|---------|-----------------|

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.28** Priority creditor's name and mailing address

Nebraska Department of Revenue
P.O. Box 94818
Lincoln, Nebraska 68509-4818

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.29** Priority creditor's name and mailing address

New Hampshire Dept of Revenue Admin
Gov Hugh Gallen St Off Park, 109 Pleasant St
Concord, New Hampshire 03301

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00    $ 0.00

---

**2.30** Priority creditor's name and mailing address

New Mexico Taxation and Revenue Dept
PO Box 25127
Santa Fe, New Mexico 87504-5127

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

---

**2.31** Priority creditor's name and mailing address

NYS Dept of Taxation and Finance Corp - V
PO Box 15163
Albany, New York 12212-5163

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( __8__ )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown    $ Unknown

Debtor    Chromogenex US, Inc.                                    Case number (if known)
          Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.32** Priority creditor's name and mailing address

Office of State Tax Commissioner
600 E Blvd. Ave.
Bismarck, North Dakota 58505-0599

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $ Unknown

---

**2.33** Priority creditor's name and mailing address

Oklahoma Tax Commission
P.O. Box 26850
Oklahoma City, Oklahoma 73126-0850

**Date or dates debt was incurred**
7/1/15 to 10/31/15

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 147.67      $ 147.67

---

**2.34** Priority creditor's name and mailing address

Oklahoma Tax Commission
PO Box 26890
Oklahoma City, OK 73126-0890

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $ Unknown

---

**2.35** Priority creditor's name and mailing address

Out of State Collections Unit
1415 W US Hwy 90, #115
Lake City, Florida 32055-6123

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
Franchise/Income Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown      $ Unknown

---

Debtor    Chromogenex US, Inc.
Name

Case number (if known)

| Part 1. | Additional Page |

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

**2.36** Priority creditor's name and mailing address

Pennsylvania Bureau of Business Trust Fund
P.O. Box 280905
Harrisburg, Pennsylvania 17128-0905

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 148.89
Priority amount: $ 148.89

Date or dates debt was incurred
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number    2 8 6 1

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.37** Priority creditor's name and mailing address

Rory Deal
3600 Blue Bird Drive
Flower Mound, Texas 75022

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Total claim: $ 15,000.00
Priority amount: $ 12,745.00

Date or dates debt was incurred
8/3/15 to 12/8/15

Basis for the claim:
Wages/Salaries/Commissions

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )

---

**2.38** Priority creditor's name and mailing address

South Carolina Department of Revenue Corporation
Columbia, SC 29214-0006

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 0.00
Priority amount: $ 0.00

Date or dates debt was incurred
_____

Basis for the claim:
Taxes and Other Government Debts

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.39** Priority creditor's name and mailing address

State of Arizona
P.O. Box 29010
Pheonix, Arizona 85038-9010

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ 377.15
Priority amount: $ 377.15

Date or dates debt was incurred
12/1/14 - 9/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor   Chromogenex US, Inc.
        Name                                                      Case number (if known)

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.40** Priority creditor's name and mailing address                                                          $ 11,551.43        $ 11,551.43

State of California Board of Equalization
3321 Power Inn Road
Sacramento, California 95826-3889

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

**Last 4 digits of account number**   8  4  9  7

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.41** Priority creditor's name and mailing address                                                          $ 3,721.34         $ 3,721.34

State of Colorado Department of Revenue

Denver, Colorado 80261-0013

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

**Last 4 digits of account number**   0  0  0  1

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.42** Priority creditor's name and mailing address                                                          $ Unknown          $ Unknown

State of Connecticut
P.O. Box 2974
Hartford, Connecticut 06104-2974

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

Basis for the claim:
Franchise/Income Tax

**Last 4 digits of account number**   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

**2.43** Priority creditor's name and mailing address                                                          $ 377.04           $ 377.04

State of Connecticut Department of Revenue
P.O. Box 5089
Hartford, Connecticut 06102-5089

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
07/01/15 to 08/31/15

Basis for the claim:
Sales Tax

**Last 4 digits of account number**   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

---

Debtor   Chromogenex US, Inc.
Name                                    Case number (if known)

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

---

**2.44** Priority creditor's name and mailing address

State of Florida Department of Revenue

1401 W. US Hwy 90, Suite 100

Lake City, Florida 32055-6123

**Date or dates debt was incurred**
12/1/14 to 11/30/15

**Last 4 digits of account number**  0  9  4  2

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 22,126.92        $ 22,126.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.45** Priority creditor's name and mailing address

State of Georgia Department of Revenue

P.O. Box 740239

Atlanta, Georgia 30374-0239

**Date or dates debt was incurred**
4/1/15 to 8/31/15

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 52.68        $ 52.68

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.46** Priority creditor's name and mailing address

State of Illinois

Illinois Department of Revenue

Springfield, Illinois 62796-0001

**Date or dates debt was incurred**
12/1/2014 to 11/30/2015

**Last 4 digits of account number**  7  9  3  6

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 4,635.45        $ 4,635.45

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**2.47** Priority creditor's name and mailing address

State of Indiana Department of Revenue

P.O. Box 6114

Indianapolis, Indiana 46206-6114

**Date or dates debt was incurred**
5/1/15 to 5/31/15

**Last 4 digits of account number**  ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

$ 5.70        $ 5.70

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Sales Tax

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Chromogenex US, Inc.
         Name

| | | Case number (if known) |
|---|---|---|

## Part 1.   Additional Page

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.48** Priority creditor's name and mailing address

$ 222.46     $ 222.46

State of Kansas Department of Revenue
915 SW Harrison Street
Topeka, Kansas 66612-1588

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/15 to 5/31/15

Basis for the claim:
Sales Tax

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.49** Priority creditor's name and mailing address

$ 10,480.73     $ 10,480.73

State of Kentucky - Department of Revenue

Frankfort, Kentucky 40620-0003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 12/31/14

Basis for the claim:
Sales Tax

Last 4 digits of account
number   5   2   2   1

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.50** Priority creditor's name and mailing address

$ 102.53     $ 102.53

State of Louisiana - Department of Revenue
P.O. Box 3138
Baton Rouge, Louisiana 70821

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 8/31/14

Basis for the claim:
Taxes and Other Government
Debts

Last 4 digits of account
number   7   0   0   1

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.51** Priority creditor's name and mailing address

$ 66.18     $ 66.18

State of Maryland Comptroller
110 Carroll St.
Annapolis, Maryland 21411-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/15 to 11/30/15

Basis for the claim:
Sales

Last 4 digits of account
number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    Chromogenex US, Inc.

Name

Case number (if known)

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.52** Priority creditor's name and mailing address

$ 4,583.64      $ 4,583.64

State of Michigan - Dept. of Treasury

Department 77003

Detroit, Michigan 48277-0003

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/1/14 to 9/30/15

Basis for the claim:

Sales Tax

**Last 4 digits of account number** __3_ _5_ _1_ _5_

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

**2.53** Priority creditor's name and mailing address

$ 6,170.21      $ 6,170.21

State of Minnesota

600 N. Robert Street

St. Paul, Minnesota 55146-6330

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/1/14 to 11/30/15

Basis for the claim:

Sales Tax

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

**2.54** Priority creditor's name and mailing address

$ 20.97      $ 20.97

State of Nebraska-Dept. of Revenue

P.O. Box 98923

Lincoln, Nebraska 68509-8923

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

4/1/15 to 5/31/15

Basis for the claim:

Sales Tax

**Last 4 digits of account number** __1_ _0_ _5_ _0_

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

**2.55** Priority creditor's name and mailing address

$ 239.05      $ 239.05

State of Nevada - Dept. of Taxation

P.O. Box 52609

Phoenix, Arizona 85072-2609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

12/31/14 to 9/30/15

Basis for the claim:

Sales Tax

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (__8__)

---

Debtor  Chromogenex US, Inc.                                    Case number (if known)
        Name

| Part 1. | Additional Page |
| --- | --- |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
| --- | --- | --- |

**2.56** Priority creditor's name and mailing address

State of New Jersey
Bankruptcy Section, P.O. Box 245
Trenton, New Jersey 08695-0245

Total claim: $ 30.61
Priority amount: $ 30.61

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/31/14 to 9/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.57** Priority creditor's name and mailing address

State of New Jersey, Division of Taxation
Revenue Processing Center, PO Box 666
Trenton, New Jersey 08646-0666

Total claim: $ Unknown
Priority amount: $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.58** Priority creditor's name and mailing address

State of New York
Sales Tax Processing, P.O. Box 15168
Albany, New York 12212-5168

Total claim: $ 13,563.99
Priority amount: $ 13,563.99

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.59** Priority creditor's name and mailing address

State of North Carolina
P.O. Box 25000
Raleigh, North Carolina 27640-0520

Total claim: $ 60.54
Priority amount: $ 60.54

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number   4 9 3 4

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor _Chromogenex US, Inc._____   Case number (if known)_____
       Name

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.60** Priority creditor's name and mailing address

State of North Dakota
Office of Tax Commission, P.O. Box 5623
Bismarck, North Dakota 58506-5623

Date or dates debt was incurred
12/1/15 to 9/30/15

Last 4 digits of account number   8  9  0  0

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☐ No
☐ Yes

$ 119.70                $ 119.70

---

**2.61** Priority creditor's name and mailing address

State of Ohio
Sales Tax Division, P.O. Box 530
Columbus, Ohio 43216-0530

Date or dates debt was incurred
12/1/14 to 9/30/15

Last 4 digits of account number   6  2  3  8

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Sales Tax

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,858.65              $ 7,858.65

---

**2.62** Priority creditor's name and mailing address

State of Rhode Island Div. of Taxation Dept #88
PO Box 9702
Providence, Rhode Island 02940-9702

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Franchise/Income Tax

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown               $ Unknown

---

**2.63** Priority creditor's name and mailing address

Tennessee Dept of Revenue
500 Deaderick Street
Nashville, Tennessee 37242

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
Franchise/Income Tax

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown               $ Unknown

---

Debtor   Chromogenex US, Inc.                                    Case number (if known)
         _____              _____
         Name

| **Part 1.** | **Additional Page** |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.64** Priority creditor's name and mailing address

$ 2,266.61        $ 2,266.61

Tennessee Revenue Enforcement Division
P.O. Box 190665
Nashville, Tennessee 37219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
5/1/15 to 9/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number   1  6  2  8

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )

---

**2.65** Priority creditor's name and mailing address

$ Unknown        $ Unknown

Texas Comptroller of Public Accounts
PO Box 149348
Austin, Texas 78714-9438

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )

---

**2.66** Priority creditor's name and mailing address

$ 12,273.42        $ 12,273.42

Texas Comptroller of Public Accounts
P.O. Box 149354
Austin, Texas 78714-9354

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 11/30/15

Basis for the claim:
Sales Tax

Last 4 digits of account number   9  3  6  6

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )

---

**2.67** Priority creditor's name and mailing address

$ Unknown        $ Unknown

Utah State Tax Commission
210 North 1950 West
Salt Lake City, Utah 84134-0180

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (  8  )

---

Debtor   Chromogenex US, Inc.
Name                                                      Case number (if known)

---

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.68** Priority creditor's name and mailing address

Utah State Tax Commission - Sales Tax
210 N. 1950 West
Salt Lake City, Utah 84134-0400

$ 4.01          $ 4.01

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 12/31/14

Basis for the claim:
Sales Tax

Last 4 digits of account number   3  5  T  C

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.69** Priority creditor's name and mailing address

Virginia Dept of Taxation
Office of Customer Svcs, PO Box 1115
Richmond, Virginia 23218-1115

$ Unknown          $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.70** Priority creditor's name and mailing address

Washington DC Office of CFO
1350 Pennsylvania Ave, NW, Ste 203
Washington, DC 20004

$ Unknown          $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.71** Priority creditor's name and mailing address

Washington State Dept of Revenue
PO Box 47478
Olympia, Washington 98504-7478

$ Unknown          $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

Debtor    Chromogenex US, Inc.
_____    Case number (if known) _____
Name

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

**2.72** Priority creditor's name and mailing address

Washington State Dept of Revenue
Taxpayer Acct Admin, P.O. Box 47476
Olympia, Washington 98504

$ 9.82        $ 9.82

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 12/31/14

Basis for the claim:
Sales Tax

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.73** Priority creditor's name and mailing address

West Virginia State Department
Tax Acct Admin Division, PO Box 1202
Charleston, West Virginia 25324-1202

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.74** Priority creditor's name and mailing address

Wisconsin Department of Revenue
P.O. Box 8908
Madison, Wisconsin 53708-8908

$ 93.67        $ 93.67

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
12/1/14 to 10/31/15

Basis for the claim:
Sales Tax

Last 4 digits of account number  5  6  0  2

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

---

**2.75** Priority creditor's name and mailing address

Wisconsin Dept of Revenue
PO Box 8908
Madison, Wisconsin 53708-8908

$ Unknown        $ Unknown

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:
Franchise/Income Tax

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )

Debtor    Chromogenex US, Inc.
          Name

Case number (if known)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

2TZ Wellness Ventures, L.L.C. d/b/a Spa on the Square

c/o Jeffery C. Blue 1200 Barlow Bend

Southlake, Texas 76092

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.2** Nonpriority creditor's name and mailing address

5W Public Relations

1166 Avenue of the Americas, 4th Floor

New York, New York 10036

Date or dates debt was incurred    5-21-15 to 11-16-15

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Marketing

Is the claim subject to offset?
☒ No
☐ Yes

$ 87,177.91

**3.3** Nonpriority creditor's name and mailing address

5W Public Relations, LLC c/o Petro Zinkovetsky Law Firm

1166 Avenue of the Americas, 4th Fl

New York, New York 10036

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: New York Lawsuit-plaintiff

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.4** Nonpriority creditor's name and mailing address

A Slim Me - Dr. Maryanne Kuzara

1502 N. Coast Highway

Laguna Beach, California 92651

Date or dates debt was incurred    2/28/14

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Overpayment/Refund Due

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,728.00

**3.5** Nonpriority creditor's name and mailing address

A-1 Freeman North America

2242 Manana Dr.

Dallas, Texas 75220

Date or dates debt was incurred    7-30-15

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Moving Service

Is the claim subject to offset?
☒ No
☐ Yes

$ 896.25

**3.6** Nonpriority creditor's name and mailing address

Absolute Dermatology & Medi-Spa, P.A.

c/o Lori Honeycutt 1103 Cypress Creek Road, Suite 100

Cedar Park, Texas 78613

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Debtor    Chromogenex US, Inc.
          Name                                                    Case number (if known)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

|  | **Amount of claim** |
|---|---|

**3.7** | Nonpriority creditor's name and mailing address

Accountemps

124000 Collections Center Dr.

Chicago, Illinois 60693

Date or dates debt was incurred    5-4-15 to 6-8-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,266.00

---

**3.8** | Nonpriority creditor's name and mailing address

AKF2 Vista Point North, LLC

c/o Adler Realty Services TX, LLC 1400 NW 107th Ave. 5th Fl

Miami, Florida 33172

Date or dates debt was incurred    1/2016

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Building Lease

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,595.20

---

**3.9** | Nonpriority creditor's name and mailing address

Alphagraphics

2035 Royal Lane #250

Dallas, Texas 75229

Date or dates debt was incurred    10-9-15 to 12-4-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Marketing Collateral

Is the claim subject to offset?
☒ No
☐ Yes

$ 162.39

---

**3.10** | Nonpriority creditor's name and mailing address

Atalla Plastic Surgery & Laser

816 Chestnut St.

Bowling Green, Kentucky 42101

Date or dates debt was incurred    12/29/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Warranty claim

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,800.00

---

**3.11** | Nonpriority creditor's name and mailing address

Athena Wellness Center, P.A.

c/o Crystal Broussard 8850 Six Pines Drive, Suite 270

The Woodlands, Texas 77380

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

Debtor   Chromogenex US, Inc.
         Name

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.12** | **Nonpriority creditor's name and mailing address**

Azure Wellness, L.L.C. d/b/a Azure Wellness Group

c/o Julie Doshi 929 Gessner, Suite 2450

Houston, Texas 77024

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.13** | **Nonpriority creditor's name and mailing address**

Biofit Weight & Hormone Clinic LLC

c/oDanny P. Osborne 23 Hospital Dr. Ste 100

Abilene, Texas 79606

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.14** | **Nonpriority creditor's name and mailing address**

BMW Financial Services

P.O. Box 78103

Pheonix, Arizona 85062-8103

**Date or dates debt was incurred** 11/1/15 - 1/6/16

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Vehicle lease

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,639.55

---

**3.15** | **Nonpriority creditor's name and mailing address**

Body Benefits, Inc.

c/oSherry Summers-Ball 4840 W Panther Creek Ste 100

The Woodlands, Texas 77381

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.16** | **Nonpriority creditor's name and mailing address**

Brandon Robinson, M.D.

2020 Capitol Avenue

Sacramento, California 95811

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CA Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

Debtor  Chromogenex US, Inc.
_____
Name

Case number (if known) _____

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.17  Nonpriority creditor's name and mailing address

Buffalo Laser Spa

5820 Main Street
Williamsville, New York 14221-5734

Date or dates debt was incurred        2/3/2015

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Warranty claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,691.26

### 3.18  Nonpriority creditor's name and mailing address

Burgess Center

1300 Marsh Landing Pkwy #112
Jacksonville Beach, Florida 32250

Date or dates debt was incurred        3/7/2015

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 733.33

### 3.19  Nonpriority creditor's name and mailing address

Byline Financial Group

721 N. McKinley Rd., #200
Lake Forest, Illinois 60045

Date or dates debt was incurred        1/2016

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Phone Lease

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.36

### 3.20  Nonpriority creditor's name and mailing address

Chromogenex Technologies Ltd.

Unit 1 & 2 Heol Rhosyn, Dafen Park
Carmarthenshire, United Kingdom SA14 8QG

Date or dates debt was incurred        6-30-11 to 12-10-15

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** loans for operations; inventory purchases;lawsuit

**Is the claim subject to offset?**
☐ No
☒ Yes

$ 6,418,906.69

### 3.21  Nonpriority creditor's name and mailing address

Comcast

P.O. Box 7500
Southestern, Pennsylvania 19398-7500

Date or dates debt was incurred        6-1-15

Last 4 digits of account number        __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Telephone & Internet Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 263.51

Debtor    Chromogenex US, Inc.                                   Case number (if known)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.22** **Nonpriority creditor's name and mailing address**

Consumer's Energy

P.O. Box 740309
Cincinnati, Ohio 45274-0309

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Utilities

$180.92

**Date or dates debt was incurred**   3-5-13 to 7-1-15
**Last 4 digits of account number**   5 7 4 0

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.23** **Nonpriority creditor's name and mailing address**

David Halpern, M.D., F.A.C.S.

91 Martinique Avenue
Tampa, Florida 33606-4027

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CA Lawsuit - Defendant

$0.00

**Date or dates debt was incurred**   _____
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.24** **Nonpriority creditor's name and mailing address**

Define Laser Medispa

145 S. 19th Street
Lynden, Washington 98264-1724

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Refund Due

$1,380.00

**Date or dates debt was incurred**   _____
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.25** **Nonpriority creditor's name and mailing address**

dotMailer Inc.

350 7th Ave., Suite 307
New York, New York 10001

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:** Marketing Services

$13,987.20

**Date or dates debt was incurred**   1-9-15 to 5-31-15
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.26** **Nonpriority creditor's name and mailing address**

Dr. Clay Moliver

575 E. Medical Center Blvd.
Webster, TX 77598-4326

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Reimbursement

$2,600.00

**Date or dates debt was incurred**   1/4/2016
**Last 4 digits of account number**   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Chromogenex US, Inc.
        Name

Case number *(if known)*

| Part 2: | Additional Page | |
|---------|-----------------|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** | Nonpriority creditor's name and mailing address

DTE Energy

P.O. Box 740786
Cincinnati, Ohio 45274-0786

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Utilities

$ 488.36

Date or dates debt was incurred    5-22-15 to 7-1-15
Last 4 digits of account number    0  0  1  7

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

E&E Exhibits, Inc.

1365 W. Auto Dr.
Tempe, Arizona 85284

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Shoe Coordination

$ 329.81

Date or dates debt was incurred    8-1-15
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

Envy Skin Clinic

300 Prairie Center Dr. #210
Eden Prairie, Minnesota 55344

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty claim

$ 366.66

Date or dates debt was incurred    2/23/2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

Erchonia Corporation, c/o Eric C. Wood

Scheef & Stone LLP 2600 Network Blvd. #400
Frisco, Texas 75034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ 0.00

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

FedEx

P.O. Box 660481
Dallas, Texas 75266

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping/Receiving

$ 19,742.47

Date or dates debt was incurred    10/6/15-12/4/15
Last 4 digits of account number    6  3  2  7

Is the claim subject to offset?
☒ No
☐ Yes

Debtor    Chromogenex US, Inc.
          Name

Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

FedEx Office

P.O. Box 672085

Dallas, Texas 75267

Date or dates debt was incurred    5-15-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Shipping

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,241.39

**3.33** Nonpriority creditor's name and mailing address

Finer Touch Aesthetics, LLC dba The Finer Touch

%Carol Norton 2821 E President George Bush Hwy #400

Richardson, Texas 75082

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

**3.34** Nonpriority creditor's name and mailing address

Freeman

P.O. Box 650036

Dallas, Texas 75265

Date or dates debt was incurred    3-31-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shipping

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,877.35

**3.35** Nonpriority creditor's name and mailing address

Gaylord Palms/PSAU Presentation Svcs.

23918 Network Place

Chicago, Illinois 60673

Date or dates debt was incurred    4-24-15 to 5-29-15

Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Show

Is the claim subject to offset?
☒ No
☐ Yes

$ 6,258.85

**3.36** Nonpriority creditor's name and mailing address

GSI Logistics

750 Port America Pl. #250

Grapevine, Texas 76051

Date or dates debt was incurred    10-2-15

Last 4 digits of account number    2  0  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shipping

Is the claim subject to offset?
☒ No
☐ Yes

$ 60.00

Debtor    Chromogenex US, Inc.
Name

Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.37** Nonpriority creditor's name and mailing address

Guardian Alarm Company

P.O. Box 5003
Southfield, Michigan 48086

Date or dates debt was incurred    4-6-15 to 6-7-15
Last 4 digits of account number    2  0  1  4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Alarm Service

Is the claim subject to offset?
☒ No
☐ Yes

$ 234.32

---

**3.38** Nonpriority creditor's name and mailing address

Houston Plastic and Reconstructive Surgery, L.L.P.

c/o Clayton Moliver 575 E. Medical Center Boulevard
Webster, Texas 77598

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.39** Nonpriority creditor's name and mailing address

HP Financial Services Co.

P.O. Box 402582
Atlanta, Georgia 30384-2582

Date or dates debt was incurred    4/1/15 to 1/6/16
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Printer lease

Is the claim subject to offset?
☒ No
☐ Yes

$ 652.96

---

**3.40** Nonpriority creditor's name and mailing address

Hugh Wood, Inc.

55 Broadway
New York, New York 10006

Date or dates debt was incurred    10-22-15
Last 4 digits of account number    R  O  M  1

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Insurance

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,123.00

---

**3.41** Nonpriority creditor's name and mailing address

Image One

13201 Capital
Oak Park, Michigan 48237

Date or dates debt was incurred    10-31-15
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Printer Supplies & Servicing

Is the claim subject to offset?
☒ No
☐ Yes

$ 147.84

---

Debtor    Chromogenex US, Inc.
          _____
          Name

_____    Case number (if known) _____

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

### 3.42 Nonpriority creditor's name and mailing address

Intra Coastal Chiropractic

14255 Beach Blvd
Jacksonville, Florida 32250-1545

Date or dates debt was incurred    5/15/2015

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Warranty claim

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 1,466.68

### 3.43 Nonpriority creditor's name and mailing address

J Mayor

401 W. Main Street
Tomball, Texas 77375

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

### 3.44 Nonpriority creditor's name and mailing address

Jan Bailey

4100 S. Medford Dr., Suite 201
Lufkin, Texas 75901-7743

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

### 3.45 Nonpriority creditor's name and mailing address

Jon Perlman, M.D.

414 N. Camden Drive, FL 8
Beverly Hills, California 90210-4532

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  CA Lawsuit - Defendant

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 0.00

### 3.46 Nonpriority creditor's name and mailing address

Joseph & Cohen

1855 Market Street
San Francisco, California 94103

Date or dates debt was incurred    10-15-15

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Legal

Is the claim subject to offset?
- ☒ No
- ☐ Yes

$ 10,000.00

Debtor   Chromogenex US, Inc.                                         Case number (if known) _____
           Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.47** | Nonpriority creditor's name and mailing address

JW Media

668 W. 232nd St.
Bronx, New York 10463

Date or dates debt was incurred    5-4-15 to 10-21-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,900.00

---

**3.48** | Nonpriority creditor's name and mailing address

Kerr, Russell & Weber, PLC

500 Woodward Ave. #250
Detroit, Michigan 48226-3427

Date or dates debt was incurred    9-30-15

Last 4 digits of account number    5  6  1  2

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,898.90

---

**3.49** | Nonpriority creditor's name and mailing address

Khodabakhsh Chiropractic, Inc.

391 Diablo Rd., Suite B
Danville, California 94526-3450

Date or dates debt was incurred    11/20/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Warranty claim

Is the claim subject to offset?
☒ No
☐ Yes

$ 7,333.33

---

**3.50** | Nonpriority creditor's name and mailing address

Khoury Plastic Surgery

25200 Center Ridge Rd. #3300
Westlake, Ohio 44145

Date or dates debt was incurred    3/20/2015

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Warranty claim

Is the claim subject to offset?
☒ No
☐ Yes

$ 13,600.00

---

**3.51** | Nonpriority creditor's name and mailing address

Larry Sherman

9781 S. Meridian Blvd., Ste. 110
Englewood, Colorado 80112

Date or dates debt was incurred    11-3-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Chromogenex Purchased Used Machine

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,000.00

---

Debtor   Chromogenex US, Inc.
         Name                                                    Case number (if known)

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.52** | Nonpriority creditor's name and mailing address

Laser Lip Limited c/o Hana Anderson

Fenwick and West LLP 555 California Street 12th Fl
San Francisco, California 94104

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  CA Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.53** | Nonpriority creditor's name and mailing address

Leonard Grossman, M.D.

159 East 74th Street, Suite 1-M
New York, New York 10021

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CA Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.54** | Nonpriority creditor's name and mailing address

Lila Enterprise, LLC

245 Scranton-Carbondale Highway
Dickson City, Pennsylvania 18508

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.55** | Nonpriority creditor's name and mailing address

Lipolaser Centers of America

2020 Capitol Avenue
Sacramento, California 95811

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CA Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.56** | Nonpriority creditor's name and mailing address

Lola Iskhakova

9916 97th Street
Ozone Park, New York 11416-2509

Date or dates debt was incurred  2/12/2015

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warranty claim

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,200.00

---

Debtor    Chromogenex US, Inc.
          Name                                              Case number (if known)

## Part 2:   Additional Page

> Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.57** | Nonpriority creditor's name and mailing address

Luna Graphica

645 Chesire Way
Sunnyvale , California 94087

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Printing Services

$ 750.00

Date or dates debt was incurred     6-24-15 to 8-2-15
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address

Lundin Chiropractic, P.A.

c/o James W. Lundin 270 N. Redbud Blvd. #100
McKinney, Texas 75069

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Defendant

$ 0.00

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address

Marketo

901 Mariner Island #200
San Mateo, California 94404

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Marketing Support/Software

$ 17,537.37

Date or dates debt was incurred     5-9-15 to 11-9-15
Last 4 digits of account number     6  7  1  3

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address

Medical Insight, Inc.

130 Vantis #240
Aliso Viejo, California 92656

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Publication/Advertising

$ 5,900.00

Date or dates debt was incurred     3-10-15
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address

Michael D. Poole

1508 Cayce Creek Lane
Thompsons Station, Tennessee 37179-2323

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit

$ 0.00

Date or dates debt was incurred     1/20/2015
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Chromogenex US, Inc.
          Name _____    Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.62** | Nonpriority creditor's name and mailing address

Mona Copeland

c/o Patrick Shea Callahan P.O. Box 699
Cookeville, Tennessee 38503-0699

Date or dates debt was incurred          1/20/2015
Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Tennessee lawsuit-Plaintiff

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.63** | Nonpriority creditor's name and mailing address

Mona Copeland c/o Patrick Shea Callahan

First Tennessee Bank Building 345 South Jefferson Ave, #400
Cookeville, Tennessee 38501

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Tennessee Lawsuit-Plaintiff

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Unknown

---

**3.64** | Nonpriority creditor's name and mailing address

One Source Media

1787 Tribute Road
Sacramento, California 95815

Date or dates debt was incurred          _____
Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CA Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.65** | Nonpriority creditor's name and mailing address

PBFG Leasing

P.O. Box 371887
Pittsburgh, Pennsylvania 15250-7887

Date or dates debt was incurred          5/23/15 to 1/6/16
Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Equipment Lease

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 430.66

---

**3.66** | Nonpriority creditor's name and mailing address

Peak Performance Chiropractic

19069 Van Buren Blvd. #110
Riverside, California 92508-9170

Date or dates debt was incurred          2/1/2015
Last 4 digits of account number          __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Warranty Claims

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.34

---

Debtor  Chromogenex US, Inc.
_____
Name

Case number (if known) _____

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.67** Nonpriority creditor's name and mailing address

Perfect Maintenance Cleaning

4337 E. Grand River #222
Howell, Michigan 48843

Date or dates debt was incurred          3-9-15 to 4-7-15

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:**  Cleaning Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.00

---

**3.68** Nonpriority creditor's name and mailing address

Permian Women's Center, P.A.

c/o Pill G. Raja 405 N. Tom Green Ave.
Odessa, Texas 79761

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.69** Nonpriority creditor's name and mailing address

Permian Women's Clinic

405 N. Tom Green Ave.
Odessa, Texas 79767

Date or dates debt was incurred          2/20/2015

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Warranty claim

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.34

---

**3.70** Nonpriority creditor's name and mailing address

Personique On The Spot, L.L.C.

c/o Mark Salisbury 630 W. 34th Street, Suite 201
Austin, Texas 78705

Date or dates debt was incurred          _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.71** Nonpriority creditor's name and mailing address

Phycon Medical Inc.

13325 N. 56th St.
Tampa, Florida 33617

Date or dates debt was incurred          8-11-14

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Non-employee commission

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,000.00

---

Debtor    Chromogenex US, Inc.
            Name                                                    Case number (if known)

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.72** Nonpriority creditor's name and mailing address

Pittsford Laser Spa

3300 Monroe Ave., Ste #201
Pittsford, New York 14618

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 873.75

Basis for the claim: Warranty claim

Date or dates debt was incurred    2/3/2015
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.73** Nonpriority creditor's name and mailing address

Pixel Light

205 Chibb Ave.
Lyndhurst, New Jersey 07071

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 750.00

Basis for the claim: Software Development & Servicing

Date or dates debt was incurred    3-25-15
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.74** Nonpriority creditor's name and mailing address

Plaza OB-Gyn Associates, P.A. d/b/a Binz Weight Loss Center

c/o Isam Balat 1801 Binz, Suite 500
Houston, Texas 77004

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Lawsuit - Defendant

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.75** Nonpriority creditor's name and mailing address

PPI - EZ Wrap

P.O. Box 589
De Funiak Springs, Florida 32435

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 342.53

Basis for the claim: Inventory Purchase

Date or dates debt was incurred    6-12-15
Last 4 digits of account number    9  6  0  4

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.76** Nonpriority creditor's name and mailing address

Premier Med Spa, L.L.C. d/b/a Premier Med Spa & Weight Loss

c/o Lauren M. Armstrong 2001 N. Collins Blvd., Suite 105
Richardson, Texas 75080

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim: Lawsuit - Defendant

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    Chromogenex US, Inc.
          Name                                              Case number (if known)

| Part 2: | Additional Page |

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.77** Nonpriority creditor's name and mailing address

Reliant Energy

P.O. Box 650475

Dallas, Texas 75265

Date or dates debt was incurred     11-30-15

Last 4 digits of account number     9 6 0 4

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Utilities

Is the claim subject to offset?
☒ No
☐ Yes

$ 383.32

---

**3.78** Nonpriority creditor's name and mailing address

Robert Fernandez

18059 Hwy 105 W, Suite 125

Montgomery, Texas 77356

Date or dates debt was incurred

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.79** Nonpriority creditor's name and mailing address

Robert Half Management Resources

12400 Collections Center Dr.

Chicago, Illinois 60693

Date or dates debt was incurred     4-27-15 to 6-8-15

Last 4 digits of account number     9 0 0 0

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Temp. Employee Service

Is the claim subject to offset?
☒ No
☐ Yes

$ 18,380.49

---

**3.80** Nonpriority creditor's name and mailing address

Sadick Research Group

911 Park Ave., Suite 1A

New York, New York 10075

Date or dates debt was incurred     11-10-15

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Speaking Engagement

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.00

---

**3.81** Nonpriority creditor's name and mailing address

Salesforce.com

P.O. Box 203141

Dallas, Texas 75320-3141

Date or dates debt was incurred     12/2/15

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Invoice for services not yet rendered

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,607.00

---

Debtor   Chromogenex US, Inc.
_____
Name                                    Case number (if known)_____

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.82** Nonpriority creditor's name and mailing address

Shepherd Search Group

3645 Ruffin Rd., Ste 130
San Diego, California 92123

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 480.00

**Basis for the claim:** Late Fees

Date or dates debt was incurred    8-3-15 to 12-10-15
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** Nonpriority creditor's name and mailing address

Silverman, Kaplan & Sakwa, CPA's, P.C.

29200 Northwestern Hwy, Ste. 150
Southfield, Michigan 48034

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 17,175.00

**Basis for the claim:** Tax Prep Services

Date or dates debt was incurred    3-9-15 to 3-16-15
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.84** Nonpriority creditor's name and mailing address

Simply Slender, L.L.C.

c/o Michael Henry Martel 18730 Stone Oak Parkway, Suite 106
San Antonio, Texas 78258

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

**Basis for the claim:** Lawsuit - Defendant

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** Nonpriority creditor's name and mailing address

Skin Renew, LLC

8119 Isabella Ln, Suite 100
Brentwood, Tennessee 37027-8173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 981.56

**Basis for the claim:** Refund Due

Date or dates debt was incurred    8/11/14
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** Nonpriority creditor's name and mailing address

Southwest Interior & Design

P.O. Box 177433
Irving, Texas 75017

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 9,583.20

**Basis for the claim:** Building Improvements

Date or dates debt was incurred    7-30-15 to 10-1-15
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor      Chromogenex US, Inc.
            _____        _____
            Name                                       Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.87**  Nonpriority creditor's name and mailing address

Staples - Dept. 11-0006193551

P.O. Box 183174

Columbus, Ohio 43218-3174

Date or dates debt was incurred    3-26-15 to 5-26-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Office Supplies

Is the claim subject to offset?
☒ No
☐ Yes

$ 313.08

---

**3.88**  Nonpriority creditor's name and mailing address

Stephen Ronan, M.D., F.A.C.S.

3600 Blackhawk Plaza Circle

Danville, California 94506

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  CA Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.89**  Nonpriority creditor's name and mailing address

Suma Wellness Center

212 W. Ray Ave.

Longwood, Florida 32750-4126

Date or dates debt was incurred    12/1/2014

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Warranty claim

Is the claim subject to offset?
☒ No
☐ Yes

$ 12,841.67

---

**3.90**  Nonpriority creditor's name and mailing address

Team Worldwide

1300 Minters Chapel Rd., Ste 400

Grapevine, Texas 76051

Date or dates debt was incurred    7-9-15 to 10-6-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shipping Charges

Is the claim subject to offset?
☒ No
☐ Yes

$ 5,785.82

---

**3.91**  Nonpriority creditor's name and mailing address

TechTrans

1701 W. Northwest Hwy, Ste 100

Grapevine, Texas 76051

Date or dates debt was incurred    3-5-15

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Transportation charge

Is the claim subject to offset?
☒ No
☐ Yes

$ 690.18

---

Debtor _____Chromogenex US, Inc._____
       Name

**Part 2:     Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.92**

Nonpriority creditor's name and mailing address

The Women's Center of Permian Basin, P.A.

c/o John R. Molland 601 N. Tom Green Ave.

Odessa, Texas 79761

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.93**

Nonpriority creditor's name and mailing address

Time Warner Cable

Box 223085

Pittsburgh, Pennsylvania 15251

Date or dates debt was incurred _____

Last 4 digits of account number  8  7  0  1

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: phone/internet

Is the claim subject to offset?
☒ No
☐ Yes

$ 331.01

---

**3.94**

Nonpriority creditor's name and mailing address

Trilogy Medical Center c/o Rhonda Swant

Joseph G. Pia, 222 S. Main St, #1830

Salt Lake City, Utah 84101

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Notice

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.95**

Nonpriority creditor's name and mailing address

TTS-Tactical TeleSolutions

550 Kearny St., #210

San Francisco, california 94108

Date or dates debt was incurred  5-31-15 to 6-21-15

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Marketing

Is the claim subject to offset?
☒ No
☐ Yes

$ 14,400.00

---

**3.96**

Nonpriority creditor's name and mailing address

UBILC, L.L.C. d/b/a Universal Body Image and Laser Center

c/o Kelsey Sanderson 4951 Airport Parkway, Suite 535

Addison, Texas 75001

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Lawsuit - Defendant

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Debtor   Chromogenex US, Inc.
        Name

Case number (if known) _____

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

---

**3.97** Nonpriority creditor's name and mailing address

U-Line

P.O. Box 88741

Chicago, Illinois 60680-1741

Date or dates debt was incurred    11-18-15

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Shipping Materials

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 335.95

---

**3.98** Nonpriority creditor's name and mailing address

VB Laser Trim Clinic

89 Bloor Street, W #207

Toronto, Ontario 1M1 Canada

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** CA Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

**3.99** Nonpriority creditor's name and mailing address

Verizon Wireless

P.O. Box 15062

Albany, New York 12212-5062

Date or dates debt was incurred    7/1/15 - 10/1/15

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Wireless Service

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 746.15

---

**3.100** Nonpriority creditor's name and mailing address

WebEx

16720 Collections Center

Chicago, Illinois 60693

Date or dates debt was incurred    2/28/15 - 11/19/15

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Web services

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 651.34

---

**3.101** Nonpriority creditor's name and mailing address

Wellsprings DermaSpa, LLC c/o Shannon M. Hicks

11671 Jolleyville Rd, #104

Austin, Texas 78759

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Defendant

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 0.00

---

Debtor    Chromogenex US, Inc.
_____
Name

Case number (if known)_____

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102** Nonpriority creditor's name and mailing address

West Coast Cosmetic / Marylyn Hagerty

27725 Santa Margarita Pkwy #141

Mission Viejo, California 92691-6704

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** owed reimbursement for marketing expenditure

Date or dates debt was incurred    3-25-14

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,760.00

---

**3.103** Nonpriority creditor's name and mailing address

Worldwide Express

3000 Town Center, Ste 2555

Southfield, Michigan 48075

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Shipping Services

Date or dates debt was incurred    7/9/15 - 10/6/15

Last 4 digits of account number    9  9  6  3

Is the claim subject to offset?
☒ No
☐ Yes

$ 17,456.92

---

**3.104** Nonpriority creditor's name and mailing address

YOLO Medical Inc.

#245 - 1959 - 152 Street, Surrey

British Columbia, Canada V4A 9E3

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lawsuit - Plaintiff

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.105** Nonpriority creditor's name and mailing address

Zenith LaborNet, Inc.

2535 Royal Place

Tucker, Georgia 30084

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Labor at Trade Show

Date or dates debt was incurred    7-1-15

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,307.22

---

**3.106** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  Chromogenex US, Inc.
_____
        Name                                                    Case number (if known) _____

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. **Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.**

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1.** John G. Fisher/Bryan Haynes<br>Scheef & Stone, L.L.P., 500 N. Akard, Suite 2700<br>Dallas, Texas 75201 | Line 3.30<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2.** Jesus D. Cabello | Line 3.52<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3.** Derma Laser Clinic<br>c/o Mona Copeland, 420 N. Washington Ave., Ste. 8<br>Cookeville, Tennessee 38501 | Line 3.62<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4.** Alan M. Kindred/Ivan Posey/<br>Leech Tishman Fuscaldo and Lampl LLP, 100 Corson Street, 3rd Floor<br>Pasadena, California 91103-3821 | Line ___<br>☑ Not listed. Explain Atty for Yolo Medical Inc. | ___ ___ ___ ___ |
| **4.5.** Alexander B Wright<br>Leech Tishman Fuscaldo and Lampl LLP, 525 William Penn Place 25th Fl<br>Pittsburgh, Pennsylvania 15219 | Line ___<br>☑ Not listed. Explain Atty for Yolo Medical, Inc. | ___ ___ ___ ___ |
| **4.6.** Credit Management L.P.<br>4200 International Pkwy<br>Carrollton, Texas 75007 | Line ___<br>☑ Not listed. Explain 3.6 | 3 3 0 3 |
| **4.7.** Helvey & Associates, Inc.<br>1015 E. Center St.<br>Warsaw, Indiana 46580-3420 | Line ___<br>☑ Not listed. Explain 3.7 | 5 7 4 0 |
| **4.8.** Hemant Hari Kewalramani<br>SHK Legal, APC, P.O. Box 18714<br>Anaheim, California 92807 | Line ___<br>☑ Not listed. Explain Atty for Lila Enterprises, LLC | ___ ___ ___ ___ |
| **4.9.** Jared Thomas Walker<br>Law Office of Jared T Walker PC, 2020 Capitol Avenue #7<br>Sacramento, California 95811 | Line ___<br>☑ Not listed. Explain Atty for Brandon Robinson | ___ ___ ___ ___ |
| **4.10.** Jesus D. Cabello/Domingo Manuel Llagostera/Keith A Rutherford<br>Blank Rome LLP, 717 Texas Avenue, #1400<br>Houston, Texas 77002 | Line ___<br>☑ Not listed. Explain Atty to Laser Lipo Limited | ___ ___ ___ ___ |
| **4.11.** John G. Fisher<br>Storm LLP, 901 Main Street #7100<br>Dallas, Texas 75202 | Line ___<br>☑ Not listed. Explain Atty for Erchonia Corporation | ___ ___ ___ ___ |
| **4.12.** Lee VandenHuevel; Ross, Stuart & Dawson<br>691 N. Squirrell Rd. #175<br>Auburn Hills, Michigan 48326 | Line ___<br>☑ Not listed. Explain 3.47 | 9 9 6 3 |

Debtor  Chromogenex US, Inc.
_____
Name

Case number (if known) _____

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-----------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.13 Marc E. Hankin/Anooj Patel/Kevin Schraven<br>Hankin Patent Law APC, 12400 Wilshire Blvd, Suite 1265<br>Los Angeles, California 90025 | Line ____<br>☒ Not listed. Explain  CA Attorney for Jon Perlman/Stephen Ronan | ___ ___ ___ ___ |
| 4.14 Mark D. Schneider/Doug Sprinkle<br>Gifford Krass Sprinkle Anderson, 2701 Troy Center Dr., #330<br>Troy, Michigan 48084 | Line ____<br>☒ Not listed. Explain  CA Atty for Lawsuit | ___ ___ ___ ___ |
| 4.15 Micahel J. Sacksteder/Lauren E. Whittemore<br>Fenwick and West LLP, 555 California St, 12th Floor<br>San Francisco, California 94104 | Line ____<br>☒ Not listed. Explain  Atty for Lase Lipo Limited | ___ ___ ___ ___ |
| 4.16 Peter DiSciascio; Weinstock & O'Malley Law<br>105 White Oak Lane<br>Old Bridge, New Jersey 08857 | Line ____<br>☒ Not listed. Explain  3.12 | ___ ___ ___ ___ |
| 4.17 Peter DiSciascio; Weinstock & O'Malley Law<br>105 White Oak Lane<br>Old Bridge, New Jersey 08857 | Line ____<br>☒ Not listed. Explain  3.11 | 2  7  3  4 |
| 4.18 Thomas F. Nowland<br>Law Offices of Thomas Nowland, 20241 SW Birch St, #203<br>New Port Beach, California 92660 | Line ____<br>☒ Not listed. Explain  Atty for VB Laser Trim Clinic | ___ ___ ___ ___ |
| 4.19 Valerie Hatt; Brooks Bates Partnership, LLPO<br>7a High St. Pangbourae reading, Berkshire RG8 7AE United Kingdom | Line ____<br>☒ Not listed. Explain  3.8 | ___ ___ ___ ___ |
| 4.20 W.I. Howell Acuff, Acuff & Acuff, PC<br>101 S. Jefferson Ave.<br>Cookeville, Tennessee 38501 | Line ____<br>☒ Not listed. Explain  Atty for Def, M. Pool and Chromogenex | ___ ___ ___ ___ |
| 4.21 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.22 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.23 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.24 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.25 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.26 _____ | Line ____<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    Chromogenex US, Inc.
              Name                                                    Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 125,077.17 |
| 5b. **Total claims from Part 2** | 5b.  **+** | $ 6,803,525.39 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 6,928,602.56 |

Fill in this information to identify the case:

Debtor name __Chromogenex US, Inc.__

United States Bankruptcy Court for the: __Eastern District of Texas__

Case number (If known): _____    Chapter __7__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Building Lease | AKF2 Vista Point North, LLC |
| | | | c/o Adler Realty Services, TX LLC |
| | | | 1400 N.W. 107th Ave., 5th Floor |
| | State the term remaining | 59 months | Miami          Florida          33172 |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Phone System Lease | Byline Financial Group |
| | | | 721 N. McKinley Rd. #200 |
| | State the term remaining | 55 months | Lake Forest          Illinois          60045 |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | 2 Lexmark printers | HP Financial Services Co. |
| | | | P.O. Box 402582 |
| | State the term remaining | | Atlanta          Georgia          30384-2582 |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Pitney Bowes postage meter | PBFG leasing |
| | | | P.O. Box 371887 |
| | State the term remaining | | Pittsburgh          Pennsylvania          15250-7887 |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | BMW 528iSedan | BMW Financial Services |
| | | | P.O. Box 78103 |
| | State the term remaining | 4 months | Phoenix          Arizona          85062-8103 |
| | List the contract number of any government contract | | |

Debtor    Chromogenex US, Inc.
          Name

Case number *(if known)*_____

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.6**

State what the contract or lease is for and the nature of the debtor's interest    Prepaid online CRM service

Salesforce.com

P.O. Box 203141

State the term remaining    6 months

List the contract number of any government contract

Dallas                    Texas        75320-3141

**2.7**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.8**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.9**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.10**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.11**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.12**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name  Chromogenex US, Inc.

United States Bankruptcy Court for the: Eastern District of Texas

Case number (If known):  _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on  a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Lynn Hong | 1953 Fern Hollow Drive<br>Street<br><br>Diamond Bar          California          91765<br>City          State          ZIP Code | BMW Financial<br>Services | ☐ D<br>☐ E/F<br>☒ G |
| 2.2 Chromogenex Holdings Ltd | Unit 1 & 2 Heol Rhosyn, Dafen Park<br>Street<br><br>Carmarthenshire          United Kingdon  SA14 8QG<br>City          State          ZIP Code | Squadron Capital LLC<br>Litigation | ☒ D<br>☐ E/F<br>☐ G |
| 2.3 Chromogenex Technologies Ltd | Unit 1 & 2 Heol Rhosyn, Dafen Park<br>Street<br><br>Carmarthenshire          United Kingdom  SA14 8QG<br>City          State          ZIP Code | Squadron Capital LLC<br>Litigation | ☒ D<br>☐ E/F<br>☒ G |
| 2.4 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 _____ | _____<br>Street<br><br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |